# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **WESCO INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 5:19-cv-00477-SLP |
| ) | |
| **CITIZENS BANKSHARES, INC.,** ) | |
| **AMERICAN SOUTHWEST MORTGAGE** ) | |
| **FUNDING CORP., and** ) | |
| **THE CITIZENS STATE BANK,** ) | |
| ) | |
| **Defendants.** ) | |

## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Wesco Insurance Company dismisses this action with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

*s/ Jeffrey S. Price*
Evan B. Gatewood
HAYES MAGRINI & GATEWOOD
1220 N. Walker Ave. (73103)
PO Box 60140
Oklahoma City OK 73146-0140
405-235-9922 (Phone)
405-235-6611 (Fax)
egatewood@hmglawyers.com

*-and-*

Jeffrey S. Price     Admitted PHV
Justin D. Wear      Admitted PHV
MANIER & HEROD, P.C.
1201 Demonbreun Street, Ste. 900
Nashville, TN 37203
615-244-0030 (Phone)
615-242-4203 (Fax)
jprice@manierherod.com
jwear@manierherod.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all listed ECF registrants.

*s/ Jeffrey S. Price*